# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 21, 2011

143164

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

TEISHA PEOPLES,
          Plaintiff-Appellee,

v

AUTO CLUB INSURANCE ASSOCIATION,
          Defendant-Appellant.

SC: 143164
COA: 303066
Wayne CC: 09-028126-NF

_____/

      On order of the Chief Justice, a stipulation signed by counsel for the parties agreeing to the dismissal of this application for leave to appeal is considered, and the application for leave to appeal is DISMISSED with prejudice and without costs.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 21, 2011

_____
Clerk

p1018